# SUPREME COURT OF THE STATE OF NEW YORK
## *Appellate Division, Fourth Judicial Department*

**197**

**CA 13-00984**

PRESENT: SCUDDER, P.J., CENTRA, PERADOTTO, LINDLEY, AND WHALEN, JJ.

---

IN THE MATTER OF SUZANNE LOZINAK,
PETITIONER-RESPONDENT,

V                                                                    ORDER

BOARD OF EDUCATION OF WILLIAMSVILLE CENTRAL
SCHOOL, RESPONDENT-APPELLANT.

---

HARRIS BEACH PLLC, PITTSFORD (EDWARD A. TREVVETT OF COUNSEL), FOR
RESPONDENT-APPELLANT.

RICHARD E. CASAGRANDE, BUFFALO (TIMOTHY CONNICK OF COUNSEL), FOR
PETITIONER-RESPONDENT.

---

Appeal from a judgment (denominated order and judgment) of the Supreme Court, Erie County (James H. Dillon, J.), entered March 22, 2013 in a CPLR article 78 proceeding. The judgment, among other things, granted the petition, vacated and annulled the resolution terminating petitioner's employment and directed respondent to reinstate petitioner.

It is hereby ORDERED that the judgment so appealed from is unanimously affirmed without costs for reasons stated in the decision at Supreme Court.

Entered:  March 21, 2014                    Frances E. Cafarell
                                            Clerk of the Court